**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | |
| Plaintiff, | Civil Action No. 2:16-cv-1411-JRG |
| v. | |
| BLUE ACORN, INC., | |
| Defendant. | |

**MOTION TO STAY ALL DEADLINES**
**AND NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Express Mobile, Inc. ("Express Mobile"), pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court, to file this Motion to Stay All Deadlines and Notice of Settlement.

The Parties hereby notify the Court that all matters in controversy between the Parties have been settled in principle. The Parties therefore request that the Court stay this case for thirty (30) days so that appropriate dismissal papers may be submitted in this action.

The Parties respectfully request that the Court grant this motion to stay all deadlines and notice of settlement. A proposed order is attached herewith.

Dated: January 31, 2017

DEVLIN LAW FIRM LLC

/s/ *Robert Kiddie*
Robert Kiddie
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
Timothy Devlin
Delaware Bar No. 4241
tdevlin@devlinlawfirm.com
1306 N. Broom St., 1st Floor
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

BRENT COON & ASSOCIATES, P.C.
Mary C. Jacob
Texas Bar No. 24072165
mary.jacob@bcoonlaw.com
300 Fannin St., Suite 200
Houston, Texas 77002
Telephone: (713) 225-1682
Facsimile:   713) 225-1785

*Attorneys for Plaintiff Express Mobile, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on January 30, 2017.

/s/ *Robert Kiddie*
Robert Kiddie