# AUNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUE ACORN, INC., <br><br> Defendant. | Civil Action No. 2:16-cv-1411-JRG |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration the Plaintiff's Motion to Dismiss with Prejudice all claims asserted between Plaintiff Express Mobile, Inc. and Defendant Blue Acorn, Inc., and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Express Mobile, Inc. against Defendant Blue Acorn, Inc. are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 26th day of February, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE